**Order filed, May 22, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-15-00358-CR

### BOBBY JOE JONES, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Case CR-13-0430**

---

### ORDER

The reporter's record in this case was due May 11, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Rebeca Huddle
 Acting individually